# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| AXALTA COATING SYSTEMS LLC, ) | |
| ) | |
| *Petitioner,* ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | |
| U.S. DEPARTMENT OF TRANSPORTATION, ) | |
| FEDERAL AVIATION ADMINISTRATION, ) | |
| ) | |
| *Respondent.* ) | |

## AMENDED PETITION FOR REVIEW

Pursuant to 49 U.S.C. § 5127, 14 C.F.R. § 13.235 and Federal Rule of Appellate Procedure 15, Petitioner Axalta Coating Systems LLC ("Axalta") hereby petitions the Court for review of the Decision and Order of the Acting Administrator for the U.S. Department of Transportation, Federal Aviation Administration ("FAA"), Order No. 2023-06 ("Order") *In the Matter of Axalta Coating Systems*, Docket No. FAA-2020-0958, dated June 7, 2023 and the Initial Decision in that matter issued by the Department of Transportation, Office of Hearings, Administrative Law Judge Douglas Rawald ("ALJ Decision"), dated October 17, 2022. The combined Order/ALJ Decision were attached to the initial filing.

Jurisdiction and venue are proper under 49 U.S.C. § 5127(a) because Petitioner is aggrieved by the agency's final action and has its principal place of business in Glen Mills, Pennsylvania. This Petition is timely, being filed "not more than sixty days after the Secretary's action becomes final." *Id.*

Respectfully submitted,

*/s/Jerry W. Cox*
Jerry W. Cox, Esq.
14561 Sterling Oaks Dr.
Naples, FL  34110
(703) 757-5866
jcox@potomacstrategyassociates.com

Counsel for Petitioner Axalta Coating Systems

August 1, 2023

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Amended Petition for Review and the Corporate Disclosure Statement and Statement of Financial Interest were served August 4, 2023, by First Class U.S. Postal Mail on the following:

Secretary Peter Buttigieg
U.S. Department of Transportation
1200 New Jersey Ave., S.E.
Washington, DC  20590

Mr. Billy Nolen
Acting Administrator
U.S. Department of Transportation,
  Federal Aviation Administration
800 Independence Ave., S.W.
Washington, DC  20591

Attorney General Merrick Garland
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC  20530

/s/Jerry W. Cox
Jerry W. Cox, Esq.