UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-2376
_____

AXALTA COATING SYSTEMS LLC,
Petitioner

v.

FEDERAL AVIATION ADMINISTRATION

_____

On Petition for Review of a Decision and Order of the Administrator of the Federal
Aviation Administration (Dkt. No. FAA-2020-0958)
_____

Argued: February 20, 2025
_____

Before: CHAGARES, Chief Judge, BIBAS and FISHER, Circuit Judges

_____

JUDGMENT
_____

This cause came to be heard on petition for review of a Decision and Order of the

Administrator of the Federal Aviation Administration and was argued on February 20,

2025.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this

Court that the petition for review of the Decision and Order of the Administrator entered

on June 7, 2023, is hereby DENIED. Costs shall be taxed against the Petitioner. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: July 15, 2025

**Certified as a true copy and issued in lieu of a formal mandate on** September 5, 2025

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**